IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE JONES,<br>    Plaintiff,<br>              v.<br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br>    Defendant. | Civil Action No.<br>1:22-cv-02026-SDG |

## OPINION AND ORDER

This matter is before the Court on Plaintiff Jamie Jones's petition for attorneys' fees [ECF 20] under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and the parties' subsequent joint stipulation to resolve Plaintiff's petition [ECF 21].

The Court finds that Plaintiff is eligible for attorneys' fees under § 2412(d), as a timely filing, financially eligible, prevailing party in a judicial review of an agency action that was not substantially justified. The Court further finds that $8,272.57 is a reasonable sum for attorneys' fees, and that an hourly rate in excess of $150 per hour is justified by the increase in the cost of living as reflected in the consumer price index.

The parties' joint stipulation [ECF 21] is **GRANTED**, and Plaintiff's petition [ECF 20] is **DENIED AS MOOT**. The Commissioner is **ORDERED** to pay $8,272.57 to Plaintiff directly, subject to any offset imposed by the Treasury

Department's Offset Program. If no offset is imposed, the Commissioner may exercise discretion to pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED** this 25th day of March, 2024.

                                                                         Steven D. Grimberg
                                                                         United States District Judge